## INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1186, Petitioner-Appellant,

v.

## PACIFIC ELECTRICAL CONTRACTORS ASSOCIATION, Respondent-Appellee.

### No. 86–2443.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 13, 1987.

Decided Sept. 17, 1987.

Sean Kim, Honolulu, Hawaii, for petitioner-appellant.

Jeffrey S. Harris, Honolulu, Hawaii, for respondent-appellee.

Before CHAMBERS, GOODWIN and TANG, Circuit Judges.

### ORDER

TANG, Circuit Judge:

The decision of the district court is VACATED in light of this court's decision in *Kim v. Fujikawa*, 827 F.2d 1401 (9th Cir. 1987). The case is REMANDED to the district court for entry of an order dismissing the petition to compel arbitration and for appointment of an arbitrator for reason of failure of the petitioner to exhaust the administrative remedies provided for in the

PECA–IBEW Health and Welfare Fund Declaration of Trust Agreement.

VACATED and REMANDED.